# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sandra Faye Virgil, | Case No. 2:19-cv-01723-JAD-DJA |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Hampton Court Westland, LLC, | |
| Defendant | [ECF Nos. 1, 4] |

Magistrate Judge Albregts has screened this action and found it "incomprehensible," "factually frivolous," and without a plausible claim, so he recommends that I dismiss it.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 4] is ADOPTED** in full; Virgil's application for leave to proceed in forma pauperis **[ECF No. 1] is DENIED** as moot.

IT IS FURTHER ORDERED THAT this case is dismissed. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: January 13, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 4.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).